UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURAL DEBBS, SR., <br><br> Plaintiff, <br><br> v. <br><br> DIGNITY HEALTH HOSPITAL, <br><br> Defendant. | Case No. 1:22-cv-00351-DAD-HBK <br><br> ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* <br><br> (Doc. No. 2) |

Plaintiff proceeds in this civil action *pro se*. (Doc. No. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915. The court will screen Plaintiff's complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated: May 3, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28