UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURAL DEBBS, SR.,<br><br>    Plaintiff,<br><br>  v.<br><br>DIGNITY HEALTH HOSPITAL, et al.,<br><br>    Defendants. | No.: 1:22-cv-00351-ADA-HBK<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING THIS ACTION<br><br>(ECF No. 9) |

  Plaintiff Eural Debbs, Sr. ("Plaintiff"), proceeding pro se and *in forma pauperis,* filed this civil rights action pursuant to 42 U.S.C. §§ 1981, 1983 on February 14, 2022, alleging discrimination in violation of the Fourteenth Amendment. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On March 15, 2023, the Court issued a screening order finding the complaint failed to state any federal claim. (ECF No. 8.) Therein, the Plaintiff was ordered to exercise one of the following three options within twenty-one days from service: (1) file a First Amended Complaint ("FAC"); (2) file a notice that he intends to stand on his initial complaint; or (3) file a notice to voluntarily dismiss this action, without prejudice, under Federal Rule of Civil Procedure 41(a)(1) because no defendant had yet been served. (*Id*. at 6.) The Court expressly warned Plaintiff that if he "fails to timely respond to this Court Order" the assigned Magistrate Judge "will recommend that the district court dismiss this action for Plaintiff's failure to comply with this Court Order and prosecute this

action." (*Id.*)  The Plaintiff has not elected any of the three options or otherwise moved for an extension of time and the time in which to do so has passed.

On April 17, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that the instant action be dismissed for Plaintiff's failure to obey a Court order and for failure to prosecute this action. (ECF No. 9.)  The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen days of the day of service. (*Id.* at 4-5.)  Plaintiff has not filed any objections and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations, filed on April 17, 2023, (ECF No. 9), are ADOPTED in full;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure to obey a Court order and/or failure to prosecute this action; and
3. The Clerk of Court is directed to terminate any pending motions and to CLOSE this case.

IT IS SO ORDERED.

Dated:   June 27, 2023

_____
UNITED STATES DISTRICT JUDGE