## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EURAL DEBBS SR.,**

CASE NO: **1:22−CV−00351−ADA−HBK**

v.

**DIGNITY HEALTH HOSPITAL,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/28/2023**

**Keith Holland**
Clerk of Court

ENTERED: **June 28, 2023**

by: /s/ A. Lawrence
Deputy Clerk